AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00586 |
| Rafael Rondon | ) | Assigned To : Faruqui, Zia M. |
| DOB: XXXXXX | ) | Assign. Date : 9/1/2021 |
| and | ) | Description: Complaint w/ Arrest Warrant |
| Maryann Mooney-Rondon | ) | |
| DOB: XXXXXX | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 641 & 2- Theft of Government Property | |
| 18 U.S.C. § 1512(c)(2)- Obstruction of an Official Proceeding | |
| 18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds | |
| 18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds | |
| 40 U.S.C. § 5104(e)(2)(B)- Entering and Remaining in the Gallery of Congress | |
| 40 U.S.C. § 5104(e)(2)(C)- Entering and Remaining in Certain Rooms in the Capitol Building | |
| 40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
Complainant's signature

Jonathan Lund, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 09/02/2021

_____
Judge's signature

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*