AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Rafael Rondon<br><br>Defendant | )<br>)  Case: 1:21-mj-00586<br>)  Assigned To : Faruqui, Zia M.<br>)  Assign. Date : 9/1/2021<br>)  Description: Complaint w/ Arrest Warrant<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* _____Rafael Rondon_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 641- Theft of Government Property
18 U.S.C. §§ 1512(c)(2)- Obstruction of an Official Proceeding
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds

40 U.S.C. § 5104(e)(2)(B)- Entering and Remaining in the Gallery of Congress
40 U.S.C. § 5104(e)(2)(C)- Entering and Remaining in Certain Rooms in the Capitol Building
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building

Date: 09/02/2021

2021.09.02 18:38:14 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 09/02/21, and the person was arrested on *(date)* 10/01/21
at *(city and state)* Syracuse, NY.

Date: 10/01/2021

*Arresting officer's signature*

MICHAEL RENN, SPECIAL AGENT FBI
*Printed name and title*